IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| In the Matter of | Case No. 05-31409 |
|---|---|
| SAWYER, SCOTT MICHAEL, | Chapter 7 |
| Debtor. | |

NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

    Midwest Verizon Wireless
    AFNI/Verizon Wireless                              $37.09
    404 Brock Drive
    Bloomington, IL 61701

Dated: June 21, 2010　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Jacqueline Sells Homann
　　　　　　　　　　　　　　　　　　　Jacqueline Sells Homann
　　　　　　　　　　　　　　　　　　　Jones Obenchain, LLP
　　　　　　　　　　　　　　　　　　　600 KeyBank Building
　　　　　　　　　　　　　　　　　　　202 South Michigan Street
　　　　　　　　　　　　　　　　　　　South Bend, Indiana 46601
　　　　　　　　　　　　　　　　　　　Telephone: (574) 233-1194
　　　　　　　　　　　　　　　　　　　Facsimile: (574) 233-8957
　　　　　　　　　　　　　　　　　　　Email: jsh@jonesobenchain.com

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2010, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

    Lee F. Mellinger　　　　　　　　　　United States Trustee
    lfmbky@verizon.net　　　　　　　　　ustpregion10.so.ecf@usdoj.gov

　　　　　　　　　　　　　　　　　　　/s/ Jacqueline Sells Homann
　　　　　　　　　　　　　　　　　　　Jacqueline Sells Homann